# UNITED STATES DISTRICT COURT
for the
District of

Division

Case No. __3:22-0964__
(to be filled in by the Clerk's Office)

__Andjelka Maria Ivasic__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Oak Plains Academy__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: __Andjelka Maria Ivasic__
Street Address: __5022 Bunker Lane__
City and County: __Smyrna, (Rutherford Co.)__
State and Zip Code: __TN, 37167__
Telephone Number: __(216) 402-5419__
E-mail Address: __NurseSupAngel@aol.com__

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Oak Plains Academy
- Job or Title (if known):
- Street Address: 1761 Oak Plains Rd.
- City and County: Ashland City (Cheatham Co.)
- State and Zip Code: TN, 37015
- Telephone Number: 931-362-4723
- E-mail Address (if known): www.oakplainsacademy.com (website)

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Oak Plains Academy |
| Street Address | 1751 Oak Plains Rd. |
| City and County | Ashland (Cheatham Co.) |
| State and Zip Code | TN. 37015 |
| Telephone Number | 931-362-4723 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **5/07/2021**

C. I believe that defendant(s) *(check one)*:
- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [x] national origin — **Croatian (Eastern Europe)**
- [x] age (year of birth) — **72 (1950)** *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Case 3:22-cv-00964   Document 1   Filed 11/30/22   Page 4 of 6 PageID #: 4

ON 4/27/21 I applied for the position of Psych Travel RN - Registered Nurse through Integrated Resource Inc Recruiter. I met all of the qualifications and was scheduled for the interview with Oak Plains Academy on 5/7/21 with Ms Logan Director of Nursing (DON). The interview went very well and I was ultimately recommended for hiring. Ms Logan and I toured facility and I was introduced to school children as a "nurse coming on board". Next Ms Logan took me to the Human Resource Dpt (HRD). I introduced myself, lady's face and tone changed when she heard my accent and she never told me her name, just gave me a background form to fill. I did and she looked at my birthday, she exclaimed and responded in the "condescending voice "1950"? We'll let you know". On 5/10/21 I received e-mail from my recruiter who was as puzzled as me telling me that "Oak Plains Academy response was: "Our need has changed" and they will not go forward with hiring, but they continued to advertise the same position for months after, even increased the rate of pay from $45/hr to $46/hr.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on (date) 12/16/2021

B. The Equal Employment Opportunity Commission (check one):
- ☐ has not issued a Notice of Right to Sue letter.
- ☒ issued a Notice of Right to Sue letter, which I received on (date) _____.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct (check one):
- ☒ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Differences in my pay hrs. I obtained the job for $34.00/hr as opposed to $45/hr. Trips to attorneys to obtain legal advise; gas, tear & wear on my car, time spent writing statements, filing charges of discrimination with EEOC and now court litigation and court cost. Spending numerous hours on computer to familiarize and inform myself about the process. Stress, sleep deprivation, ↑ BP - some days over 160/100 which I did not have it ever before. Time away from my family due to meeting deadlines. Fear that it may happen again keeping up with all documentation and coping with frustration.

I am asking for $50,000.00 in damages + Court cost. Will add documentation later as required

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/28/2022

Signature of Plaintiff: Andjelka m Ivasic
Printed Name of Plaintiff: Andjelka Maria Ivasic

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____